UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

JEREMY C. HENLEY                                                                PLAINTIFF

v.                                                     CIVIL ACTION NO. 4:13CV-P53-M

RON HERRINGTON, JAILER *et al.*                              DEFENDANTS

## MEMORANDUM OPINION

By Order entered June 28, 2013, the Court directed Plaintiff either to pay the $350.00 balance of the filing fee to the Clerk of Court or to file a non-prisoner application to proceed without prepayment of fees (DN 13). The Court warned Plaintiff that his failure to comply within 30 days from entry of the Order would result in dismissal of this action. The 30 days have passed, and Plaintiff has failed to comply.

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the involuntary dismissal of an action if a plaintiff fails to prosecute or to comply with an order of the court. *See Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) ("Fed. R. Civ. P. 41(b) recognizes the power of the district court to enter a *sua sponte* order of dismissal.").

Because Plaintiff failed to comply with an Order of this Court, the Court concludes that he has abandoned any interest in prosecuting this action.

Therefore, by separate Order, the Court will dismiss the instant action.

Date: August 14, 2013

                                                        Joseph H. McKinley, Jr., Chief Judge
                                                              United States District Court

cc:     Plaintiff, *pro se*
        Defendants
4414.005